```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :      SEALED INDICTMENT
                                    :
        - v. -                      :      12 Cr.
                                    :
HECTOR EMILIO FERNANDEZ-ROSA,       :
   a/k/a "Don Hector,"              :
   a/k/a "Don H,"                   :
LUIS ALBERTO ASCANIO-BLANCO,        :
   a/k/a "Lucho,"                   :
   a/k/a "Parménides II,"           :
FNU LNU,                            :
   a/k/a "Eric,"                    :
   a/k/a "PERCEO," and              :
JUAN CAMILO RESTREPO,               :
   a/k/a "Tony,"                    :
                                    :
                    Defendants.     :
                                    :
- - - - - - - - - - - - - - - - - -x
```



12 CRM894

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 3 0 2012

## COUNT ONE

The Grand Jury charges:

1.   From at least in or about July 2012, up to and including in or about August 2012, in the Southern District of New York and elsewhere, HECTOR EMILIO FERNANDEZ-ROSA, a/k/a "Don Hector," a/k/a "Don H," LUIS ALBERTO ASCANIO-BLANCO, a/k/a "Lucho," a/k/a "Parménides II," FNU LNU, a/k/a "Eric," a/k/a "PERCEO," and JUAN CAMILO RESTREPO, a/k/a "Tony," the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that HECTOR EMILIO FERNANDEZ-ROSA, a/k/a "Don Hector," a/k/a "Don H,"

LUIS ALBERTO ASCANIO-BLANCO, a/k/a "Lucho," a/k/a "Parménides II," FNU LNU, a/k/a "Eric," a/k/a "PERCEO," and JUAN CAMILO RESTREPO, a/k/a "Tony," the defendants, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

### Overt Acts

4. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 26, 2012, LUIS ALBERTO ASCANIO-BLANCO, a/k/a "Lucho," a/k/a "Parménides II," and FNU LNU, a/k/a "Eric," a/k/a "PERCEO," the defendants, met in or around San Pedro Sula, Honduras, with two confidential sources acting at the direction of law enforcement ("CS-1" and "CS-2") and discussed, among other things, the sale of cocaine in New York, New York.

b. On or about July 27, 2012, HECTOR EMILIO FERNANDEZ-ROSA, a/k/a "Don Hector," a/k/a "Don H," the defendant, ASCANIO-BLANCO, and FNU LNU, a/k/a "Eric" met in or around San

Pedro Sula, Honduras, with CS-1 and CS-2 and discussed, among other things, the sale of approximately 350 kilograms of cocaine in New York, New York.

   c. On or about August 7, 2012, FNU LNU, a/k/a "Eric," sent an electronic communication to CS-2 containing payment instructions for the approximately 350 kilograms of cocaine referred to in subparagraph (b).

   d. On or about August 7, 2012, JUAN CAMILO RESTREPO, a/k/a "Tony," the defendant, met in New York, New York, with CS-1 and CS-2 and discussed, among other things, inspecting the cocaine before CS-1 and CS-2 made the payment referred to in subparagraph (c).

   (Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

   5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, HECTOR EMILIO FERNANDEZ-ROSA, a/k/a "Don Hector," a/k/a "Don H," LUIS ALBERTO ASCANIO-BLANCO, a/k/a "Lucho," a/k/a "Parménides II," FNU LNU, a/k/a "Eric," a/k/a "PERCEO," and JUAN CAMILO RESTREPO, a/k/a "Tony," the defendants, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in

any manner or part to commit and to facilitate the commission of the narcotics violation alleged in Count One of this Indictment.

### Substitute Asset Provision

6. If any of the forfeitable property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____         *Preet Bharara*
FOREPERSON                               PREET BHARARA
                                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR EMILIO FERNANDEZ-ROSA,
    a/k/a "Don Hector,"
    a/k/a "Don H,"
LUIS ALBERTO ASCANIO-BLANCO,
    a/k/a "Lucho,"
    a/k/a "Parménides II,"
FNU LNU,
    a/k/a "Eric,"
    a/k/a "PERCEO," and
JUAN CAMILO RESTREPO,
    a/k/a "Tony,"

                        Defendants.

INDICTMENT

12 Cr.

(21 U.S.C. § 846)

PREET BHARARA
United States Attorney.

A TRUE BILL

_____
                      Foreperson.