

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

February 6, 2015

**BY EMAIL**
SullivanNYSDChambers@nysd.uscourts.gov

The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/2015

Re: <u>United States v. Hector Emilio Fernandez-Rosa</u>,
12 Cr. 894 (RJS)

Dear Judge Sullivan:

The Government writes to respectfully request that the indictment in this matter, which has been assigned to Your Honor, be unsealed. The indictment was returned on or about November 30, 2012 and filed under seal, and has been unsealed only for limited purposes in connection with the defendant's arrest and extradition. The defendant was extradited from Honduras and arrived in this District yesterday evening and is scheduled to be presented and arraigned by the Court at 3:30 p.m. this afternoon. Accordingly, the Government respectfully requests that the indictment be unsealed.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: */s/ Michael D. Lockard*
Michael D. Lockard/Adam J. Fee/Emil Bove
Assistant United States Attorneys
(212) 637-2193/1589/2444

SO ORDERED
Date: 2/6/15
RICHARD J. SULLIVAN
U.S.D.J.